UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RODRIGUEZ D. JONES,

    Plaintiff,

v.                                                              Case No. 5:10-cv-242-Oc-30AEP
SCOTT A. MIDDLEBROOKS, et al.,

    Defendants.
_____

## **ORDER**

In an order dated December 7, 2010, this Court dismissed this case without prejudice because Plaintiff's claim was barred by <u>Heck v. Humphrey</u>.[1] Now before the Court is Plaintiff's Motion for Reconsideration (Doc. 11), in which Plaintiff maintains he was not challenging a conviction but complaining about cruel and unusual treatment. Upon due consideration, the motion is due to be denied. Plaintiff clearly indicated that he had a disciplinary hearing concerning the events alleged in the complaint and that he lost good time credits as a result of the disciplinary hearing. <u>See</u> Doc. 1, pg. 3.

Accordingly, Plaintiff's Motion for Reconsideration (Doc. 11) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on April 22, 2011.

                                                             JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

---

[1] 512 U.S. 477 (1994).